UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**FILED**
OCT 2 6 2010

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:

Zaks Stores, Inc

Debtor(s)

Case No.:

94-30986

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a __xx__ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | Texas Workforce Commission |
|---|---|---|
| 2. | **Name and Title of Authorizing Officer or Representative** (*If Claimant is an individual, skip to Question No. 3*) | Erin Reid, Accounts Examiner |
| 3. | **Current Mailing Address** | 101 E 15TH STREET, ROOM 556/SAU<br>AUSTIN, TX, 78778-0001 |
| 4. | **Telephone Number** | 512-475-1191 |
| 5. | **SS# *(last 4 digits only)* or EIN #** | xx-xxx4775 |
| 6. | **Amount Being Claimed** | $1,423.52 |

I, __Erin Reid__, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 10/19/2010

Claimant Signature
w/ agent Texas Workforce Commission

N/A Co-Claimant Signature

Subscribed and Sworn to Before Me this 19 day of Oct, 2010.

Notary Public
In and for the State of Texas

GWYNNE GAUTHIER
Notary Public
STATE OF TEXAS
Commission Exp. 06-23-2011

My commission expires 6/23/2011

Notary without Bond

# CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 10/19/2016

_____
Claimant's Signature

# Texas Workforce Commission
A Member of Texas Workforce Solutions

The following individuals are authorized by the Texas Workforce Commission to collect unclaimed funds in the United States Bankruptcy Court on behalf of the Commission:

Rick Diaz, Accounts Examiner IV,
Vickie O'Bannon, Accounts Examiner III, and
Erin Reid, Accounts Examiner II.

John Moore
Acting General Counsel
Director of Regulatory Integrity Division
Texas Workforce Commission
101 E. 15th St. Rm 556
Austin, Texas 78778

Relay Texas: 800-735-2989 (TDD) 800-735-2988 (Voice) • www.texasworkforce.org
Equal Opportunity Employer / Services  recycled paper

**TEXAS**
**WORKFORCE SOLUTIONS**

