BTXN 127 (rev. 2/10)

FILED

NOV 03 2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
 § Case No.: 394-30986-HCA-7
Zaks Stores, Inc. §
 Debtor(s) §
 §
 §

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a __X__ creditor _____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | COE & DRU, INC. |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (*If Claimant is an individual, skip to Question No. 3*) | Lina Chu<br>Secretary/Treasurer |
| 3. | Current Mailing Address | 589 W TERRACE DR<br>SAN DIMAS, CA 91773 |
| 4. | Telephone Number | (909)599-5500 |
| 5. | SS# *(last 4 digits only)* or EIN # | 95-3021860 |
| 6. | Amount Being Claimed | $1,452.25 |

I, __Lina Chu__, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date __10/13/10__   _____   _____
                            Claimant Signature                    Co-Claimant Signature

Subscribed and Sworn to Before Me this __13th__ day of __October, 2010__.

_____
Notary Public
In and for the State of __California__

BARBARA D. GAYNOR
COMM. #1742149
NOTARY PUBLIC · CALIFORNIA
Los Angeles County
Comm. Expires May 10, 2011

My commission expires __May 10, 2011__

# CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

    Office of the United States Attorney
    Attn: Unclaimed Funds
    1100 Commerce Street, 3rd Floor
    Dallas, TX 75242

Date: 10/13/10

Claimant's Signature

# United States Bankruptcy Court

For the __Northern__ District of __Texas__

In re*

    ZAK's STORES, INC.

Case No. __394-30986-HCA-7__

Chapter No. _____

## PROOF OF CLAIM

1. Name of Claimant __COE & DRU, INC.  CURRENT (10/6/10)__
   (Your Business Name)
   Address __6250 BOYLE AVE    589 W TERRACE DR__
   City, State, Zip __VERNON, CA 90058    SAN DIMAS, CA 91773__

2. The amount of the claim is $ __16,180.80__

3. The basis for the claim is: ☒ Goods
       ☐ Services
       ☐ Other

4. All prior payments made on this claim have been properly credited.

5. If the claim is based on a written instrument (i.e. contract), attach a duplicate of the instrument or explain why it cannot be attached.

6. This claim is not subject to any set-off or counter claim except _____

7. If a security interest is claimed in property of the Debtor, attach a copy of the security agreement and evidence of perfection of such security interest.

8. This claim is a general unsecured claim, except to the extent that the security interest, if any, described in paragraph 7 hereof is sufficient to satisfy the claim. (If priority is claimed, state the amount and basis thereof.)

9. This claim is filed as a(n) UNSECURED Claim.
       SECURED
       PRIORITY

   $ __16,180.80__
   Total Amount Claimed

***Said claimant hereby constitutes and appoints _____ or either of them, attorneys in fact authorizing them, or either of them, for said claimant and on said claimant's behalf, to attend any and all meetings, to vote for or against any offer, proposal or resolution, and in the choice of trustee or trustees of the estate of said debtor or bankrupt and for a committee or creditors; to accept or reject any arrangement or reorganization plan offered by said debtor or bankrupt; to receive payment of dividends and of money or of other consideration due said claimant, and in general to do all things as fully as said claimant could do if personally present, with full power of substituion.

Name of Creditor: __COE & DRU, INC.__
(Print or Type Full Name of Creditor)

Dated: __4-28-94__    Signed: _____    Lina Chu/Secretary

*Penalty for Presenting Fraudulent Claim.* Fine of not more than $5,000 or imprisonment for not more than 5 years or both - Title 18, U.S.C., ¶152.