



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed December 15, 2010**

---

BTXN 210 (rev. 04/10)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Zaks Stores, Inc. § Case No.: 94–30986–hdh7
 § Chapter No.: 7
 Debtor(s) §

## ORDER DENYING PAYMENT OF A DIVIDEND FROM UNCLAIMED FUNDS

The Court finds that Coe & Dru, Inc. filed an Application for Payment of Unclaimed Funds on 11/3/2010 in the amount of $1,452.25.

The Court, after review of the application, finds:

- ☐ no documents of proof are provided with the application
- ☑ insufficient documentation has been provided with the application
- ☐ no funds are on record for the claimant
- ☐ the application was not served on the US Attorney
- ☑ Other: no identification credentials provided; no statement of the signing agents authority

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #