# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:  §
         §   Case No.: 94-30986-HDH-7
Zaks Stores, Inc.  §
         §   **FILED**
         Debtor(s)  §
         §   FEB 28 2011
         §
         §   TAWANA C. MARSHALL, CLERK
             U.S. BANKRUPTCY COURT
             NORTHERN DISTRICT OF TEXAS

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a __X__ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | COE & DRU, INC. |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (*If Claimant is an individual, skip to Question No. 3*) | Lina Chu Secretary |
| 3. | Current Mailing Address | 589 W TERRACE DR SAN DIMAS, CA 91773 |
| 4. | Telephone Number | (909)599-5500 |
| 5. | SS# *(last 4 digits only)* or EIN # | 95-3021860 |
| 6. | Amount Being Claimed | $1,452.25 |

I, __Lina Chu__, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date __2/23/11__   _____   _~~Co-Claimant Signature~~_
                   Claimant Signature

Subscribed and Sworn to Before Me this __23RD__ day of __FEBRUARY__, __2011__

_____
Notary Public
In and for the State of __CALIFORNIA__

LAURA E. ALVARADO
Commission # 1879270
Notary Public - California
Los Angeles County
My Comm. Expires Feb 4, 2014

My commission expires __FEBRUARY 4, 2014__

## STATEMENT OF AUTHORITY
## AND
## IDENTIFICATION CREDENTIALS

1. State of California | RE: Zaks Stores, Inc.

2. County of Los Angeles | Case No. 94-30986-hdh7

3. I, Lina Chu, being duly sworn, depose and state that:

4. I am Secretary of the Coe & Dru, Inc.

5. a corporation incorporated under the laws of the state of California, and formerly carrying on business at 6250 Boyle Ave, in Vernon, County of Los Angeles, State of California at the time of the bankruptcy case and that the annexed

6. proof of claim filed May 3 1994 is a true and correct copy,

7. and that the Articles of Incorporation of Coe & Dru, Inc. therein contained, are true and correct,

8. and I am duly authorized to sign the application for payment of unclaimed fund on its behalf,

9. and a photocopy of my driver's license is as follows.

10. Subscribed and sworn to before me this

23rd Day of February, 2011

11. _Laura E. Alvarado_
     Laura E. Alvarado, Notary Public

———————————
Lina Chu/Secretary

LAURA E. ALVARADO
Commission # 1879270
Notary Public - California
Los Angeles County
My Comm. Expires Feb 4, 2014



# United States Bankruptcy Court

For the ___Northern___ District of ___Texas___

In re*

ZAK's STORES, INC.

Case No. ___394-30986-HCA-7___

Chapter No. _____

## PROOF OF CLAIM

1. Name of Claimant ___COE & DRU, INC.___
   (Your Business Name)
   Address ___6250 BOYLE AVE___
   City, State, Zip ___VERNON, CA 90058___

2. The amount of the claim is $ ___16,180.80___

3. The basis for the claim is: ☒ Goods
   ☐ Services
   ☐ Other

4. All prior payments made on this claim have been properly credited.

5. If the claim is based on a written instrument (i.e. contract), attach a duplicate of the instrument or explain why it cannot be attached.

6. This claim is not subject to any set-off or counter claim except _____

7. If a security interest is claimed in property of the Debtor, attach a copy of the security agreement and evidence of perfection of such security interest.

8. This claim is a general unsecured claim, except to the extent that the security interest, if any, described in paragraph 7 hereof is sufficient to satisfy the claim. (If priority is claimed, state the amount and basis thereof.)

9. This claim is filed as a(n) **UNSECURED** Claim.
   SECURED
   PRIORITY

   $ ___16,180.80___
   Total Amount Claimed

***Said claimant hereby constitutes and appoints _____ or either of them, attorneys in fact authorizing them, or either of them, for said claimant and on said claimant's behalf, to attend any and all meetings, to vote for or against any offer, proposal or resolution, and in the choice of trustee or trustees of the estate of said debtor or bankrupt and for a committee or creditors; to accept or reject any arrangement or reorganization plan offered by said debtor or bankrupt; to receive payment of dividends and of money or of other consideration due said claimant, and in general to do all things as fully as said claimant could do if personally present, with full power of substituion.

Name of Creditor: ___COE & DRU, INC.___
(Print or Type Full Name of Creditor)
Lina Chu/Secretary

Dated: ___4-28-94___   Signed: _____

*Penalty for Presenting Fraudulent Claim.* Fine of not more than $5,000 or imprisonment for not more than 5 years or both - Title 18, U.S.C., ¶152.

RE: CASE No: 94-30986-hah-7



**OFFICE OF THE
SECRETARY OF STATE**

I, *MARCH FONG EU*, Secretary of State of the State of California, hereby certify:

That the annexed transcript has been compared with the RECORD on file in this office, of which it purports to be a copy, and that same is full, true and correct.

*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this

AUG 11 1975



*March Fong Eu*

Secretary of State

SEC/STATE FORM CE-107 (REV 1-75)  26846-862 8-74 100M ① △ OSP

ARTICLES OF INCORPORATION

OF

COE & DRU, INC.

A California Corporation

I

The name of this corporation is: COE & DRU, INC.

II

The purposes for which this corporation is formed are:

(a) The primary purpose of this business will be to engage in the business of import, export and distribution of gift items and general merchandise;

(b) To engage in any one or more other business or transactions which the Board of Directors of this corporation may from time to time authorize or approve, whether related or unrelated to the business described in (a) above or ot any other business then or theretofore done by this corporation;

(c) To exercise any and all rights and powers which a corporation may now or hereafter exercise;

(d) To act as principal agent, joint venturer, partner of in any other capacity which may be authorized or approved by the Board of Directors of this corporation, and

(e) To transact business in the State of California or in any other jurisdiction of the United States of America or elsewhere in the world.

The foregoing statement of purpose shall be construed as a statement of both purposes and powers, and the purposes and powers in each clause shall, except where otherwise expressed, be in no ways limited or restricted by reference to or inference from the terms or provisions of any other clause but shall be regarded as indeoendent purposes and powers.

The principal office for the transaction of the business of

this corporation shall be in the County of Los Angeles, State of California.

III

The corporation is authorized to issue only one class of shares of stock; the total number of said shares shall be Twenty-Five Hundred (2,500); the aggregate par value of said shares shall be Twenty-Five Thousand Dollars ($25,000.00) and the par value of each of said shares shall be Ten Dollars ($10.00).

IV

(a) The number of directors of this corporation shall be three (3); and

(b) The names and addresses of the persons who are appointed to act as the first directors of this corporation are:

| | |
|---|---|
| FRANK I-CHIEN CHU | 411 A S Lincoln Avenue Monterey Park, California 91754 |
| LINA CHU | 411 A S. Lincoln Avenue Monterey Park, California 91754 |
| MONA HSU | 188 S. Catalina Street Pasadena, California 91106 |

V

(a) The number of directors of this corporation may be changed from time to time by a duly adopted amendment to the Bylaws.

(b) Each shareholder or subscriber of shares of this corporation shall be entitled to full preemptive or preferential rights, as such rights have been heretofore defined at common law, to purchase and/or subscribe for his proportionate part of any shares which may be issued at any time by this corporation.

(c) Before there can be a valid sale or transfer of any of the shares of this corporation by the holders thereof, the holder of the shares to be sold or transferred shall first give notice in writing to the secretary

such sale or transfer. The secretary shall within five (5) days thereafter mail or deliver a copy of said notice to each of the other shareholders of record of this corporation. Such notice may be delivered to such shareholders, as the same may appear on the books of this corporation. Within ten (10) days after the mailing or delivering of said notices to such shareholders, any such shareholder or shareholders desiring to acquire all of the shares referred to in said notice shall deliver by mail or otherwise to the secretary of this corporation a written offer or offers to purchase all such shares at the price and upon the terms stated in said notice.

If the total number of shares specified in such offers exceed the number of shares referred to in said notice, each offering shareholder shall be entitled to purchase such proportion of the shares referred to in said notice to the secretary, as the number of shares of this corporation, which he holds, bears to the total number of shares held by all such shareholders desiring to purchase the shares referred to in said notice to the secretary.

If none of the shares referred to in said notice to the secretary is purchased, as aforesaid, in accordance with offers made within said ten (10) day period, the shareholders desiring to sell or transfer may dispose of all shares of stock referred to in said notice to the secretary not so purchased by the other shareholders, to any person or persons he may desire, provided, however, that he shall not sell or transfer such shares at a lower price or on terms more favorable to the purchaser or transferee than those specified in said notice to the secretary.

Any sale or transfer, or purported sale or transfer, of the shares of said corporation shall be null and void unless the terms, conditions and provisions of this Article (Vc) are strictly observed and followed.

IN WITNESS WHEREOF, for the purpose of forming this corporation under the laws of the State of California, the undersigned, constituting the incorporators of this corporation, including the persons

named hereinabove as the first directors of this corporation have executed these Articles of Incorporation this ___29th___ day of July, 1975.

_____
FRANK I-CHIEN CHU

_____
LINA CHU

_____
MONA HSU

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF LOS ANGELES )

On this ___29th___ day of July, 1975, before me a Notary Public in and for said County and State, residing therein, duly commissioned and sworn, personally appeared FRANK I-CHIEN CHU, LINA CHU and MONA HSU, known to me to be the persons whose names are subscribed to the foregoing Articles of Incorporation, and acknowledged to me that they executed the same.

WITNESS my hand and official seal.

_____
Notary Public in and for said
County and State

OFFICIAL SEAL
WILLIAM O. HEIMBACH
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Commission Expires June 17, 1977

| Name | C/O | Address | City | State | Zip | Creditor | Acct | Amount | Date |
|---|---|---|---|---|---|---|---|---|---|
| COATS & CLARK SALES CO. | | P.O. BOX 48266 | DORAVILLE | GA | 30362 | ROCK RIVER WOOLEN MILLS, INC. | 004-01335 | 26.42 | 07-Mar-88 |
| COATS, RYAN | | 1316 SWISS CT | PLANO | TX | 75023 | EXTENDED SERVICE PROGRAM INC | 391-35705 | 117.25 | 7/12/2006 |
| COBAL-TRU DIV. OF ALA. MACHINE AND SUPPLY | KATHLEEN | P.O. BOX 4573 | MONTGOMERY | AL | 36104 | REMCO INDUSTRIES, INC. | 379-00093 | 4.52 | 07-Jul-88 |
| COBB III, SAMUEL TATUM | CAROL ANN | PO BOX 60211 | FORT WORTH | TX | 76115 | COBB, SAMUEL | 401-45250 | 145.00 | 5/17/2006 |
| COBB TIME EQUIPMENT CO. | ATTN: PAT COBB | 2379 NE LOOP 410, STE 13 | SAN ANTONIO | TX | 78217 | TIC UNITED CORP. | 300-37234 | 1.71 | 7/9/2010 |
| COBB, ARMAND LEROY | | 1041 MAGNOLIA | ABILENE | TX | 79603 | COBB, ARMAND | 104-10759 | 2.00 | 2/3/2010 |
| COBB, CHARLES L | COBB, BRENDA DELORIS | PO BOX 61 | VINA | CA | 96092 | BASIN INC | 382-01496 | 36.14 | 28-Dec-88 |
| COBB, DAVID M | | 8901 S NORMANDALE #1018 | FORT WORTH | TX | 76116 | EXTENDED SERVICE PROGRAM INC | 391-35705 | 20.33 | 7/12/2006 |
| COBB, JAMES | | | | | | COBB, JAMES | | 8.94 | |
| COBB, ROBERT E | | 3131 MAPLE AVE #1-D | DALLAS | TX | 75201 | CECIL, KEITH | 301-30459 | 28.65 | 02-Nov-84 |
| COBB, ROBERT E | | 3131 MAPLE AVE #10D | DALLAS | TX | 75201 | CECIL, KEITH | 301-30459 | 2.80 | 8/24/2006 |
| COBBLE, JAN L DDS | | 8908 YALE AVE, #430 | TULSA | OK | 74137 | MILLER PERSONNEL, INC. | 391-31861 | 84.00 | 23-Jun-99 |
| COBBLESTONE & CASABLANCA ASSOC | | 3535 TRAVIS SUITE 130 | DALLAS | TX | 75204 | PALMER, RANDY | 391-38529 | 1,303.68 | 09-Feb-98 |
| COBDEN, JO ANN | %SULLIVAN & AVE | 201 WILCREST #402 | HOUSTON | TX | 77042 | BASIN INC | 382-01496 | 3.25 | 28-Dec-88 |
| COBEN, WILLIAM | COBEN, LINDA | 28500 HEATHERCLIF #268 | MALIBU | CA | 90265 | BAUNACH, LAWRENCE | 496-44496 | 207.91 | 02-Mar-00 |
| COBICO ENTERPRISES, INC | | P.O. BOX 188 | CHANDLER | TX | 75758 | LANCHART, INC. | 486-41214 | 160.56 | 13-Jan-93 |
| COBURN, SANDRA | | 2779 JERIDEE #20H | DALLAS | TX | 75229 | COBURN, SANDRA | 379-00657 | 281.79 | 19-Mar-85 |
| COCA COLA BOTTLING COMPANY OF NORTH TEXAS | | PO BOX 2008 | DALLAS | TX | 75221 | Q-ENTERTAINMENT, INC. | 397-811711 | 1,292.59 | 6/21/2010 |
| COCA-COLA BOTTLING WORKS, INC. | | BOX 2008 | DALLAS | TX | 75221 | REMCO INDUSTRIES, INC. | 379-00093 | 0.72 | 07-Jul-88 |
| COCERMAN, JEFFREY | ANDREA SCHULTZ | 1139 N 58TH ST | MILWAUKEE | WI | 53208 | EXTENDED SERVICE PROGRAM INC | 391-35705 | 9.26 | 7/12/2006 |
| COCH PROVIDIAN BANK | CACH OF COLORADO | 370 SEVENTEENTH ST STE 5000 | DENVER | CO | 80202 | GALINDO, LUANNE | 405-48943 | 202.98 | 2/19/2010 |
| COCHINA NO. 1 1980 DRILLING PROGRAM | | TX AMERICAN BK BUILDING | FORT WORTH | TX | 76102 | VANGUARD EXPLORATION COMPANY | 382-00986 | 361.02 | 15-Apr-93 |
| COCHRAN, BRENDA L | | 4156 PRESCOTT AVE | DALLAS | TX | 75279 | COCHRAN, BRENDA | 396-35513 | 119.81 | 21-Nov-97 |
| COCHRAN, FLADIMIR | | 641 LONGLEAF DR | DESOTO | TX | 75115 | COCHRAN, VLADIMIR | 305-87061 | 8.92 | 4/5/2007 |
| COCHRAN, LOUISE | | | | | | STAMFORD MANUFACTURING COMPANY | 183-00058 | 39.61 | 30-Dec-85 |
| COCHRAN, MELVIN | | 3065 FOX TRAIL | FULTONDALE | AL | 35068 | EXTENDED SERVICE PROGRAM | 391-35705 | 3.70 | 7/9/2006 |
| COCHRANE, ALEX J | | P.O. BOX 220 | LINCOLNTON | NC | 28092 | WILLIAMS, BILL AND CAROL | 385-30438 | 403.45 | 16-Jun-94 |
| COCKERELL DDS, TOM F. | | 2410 BRADY LANE | GRAND PRAIRIE | TX | 75052 | SPLAWN, DANNY | 404-44438 | 13.38 | 7/22/2009 |
| COCKRAN, NANCY | | 3330 CARACAS DRIVE | MESQUITE | TX | 75149 | ARATA, ROBERT L. | 374-00034 | 63.94 | 05-Nov-84 |
| COCKRELL, CLARENCE | | RT 2 BOX 203 | MILES | TX | 76861 | VALDEZ, ENRIQUE | 698-60057 | 251.04 | 06-Sep-02 |
| COCKRELL, FRANK M | | 10717 LEVELLAND | EL PASO | TX | 79924 | COCKRELL, FRANK M | 391-34904 | 273.97 | 05-Jan-98 |
| COCKRELL, WILLIAM FRANK | | | | | | KEATTS, ORTON GOBERN | 676-00012 | 177.26 | 31-Jul-83 |
| COCKRELL-HILL EMPLOYMENT SVC | | 208 VALLEY VIEW BANK BLDG | DALLAS | TX | 75240 | DAVIS, JACOB D. | 381-00949 | 64.23 | 24-Jul-87 |
| CODAY, JILL | | RT 5 BOX 406B | CLAREMORE | OK | 74017 | FORT WORTH CAMPBELL AND ASSOC | 492-45653 | 13.58 | 3/28/2006 |
| CODILIS AND STAWIARSKI PA | | 4010 BOYSCOUT BLVD #450 | TAMPA | FL | 33607 | HARBOR FINANCIAL MORTGAGE CORP | 399-37257 | 15.30 | 7/21/2006 |
| CODNEY, THEODORE | | | | | | INTERNATIONAL AVIATION | 497-45759 | 190.83 | 25-Nov-02 |
| CODY, CAROLYN | | 1235 SURRY PLACE DR | CLEBURNE | TX | 76033 | EXTENDED SERVICE PROGRAM INC | 391-35705 | 24.03 | 7/12/2006 |
| CODY, CHERYL E | | 6222 WOODLAND FOREST DR | HOUSTON | TX | 77088 | SIBONEY COMMUNICATIONS, INC. | 385-32595 | 1,983.18 | 20-Dec-83 |
| CODY, REGINALD L | | 11253 SOMERSET | DETROIT | MI | 48224 | EXTENDED SERVICE PROGRAM INC | 391-35705 | 38.14 | 6/11/2006 |
| COE & DUR, INC. | | 6250 BOYLE AVE | VERNON | CA | 90058 | ZAKS STORES, INC. | 394-30986 | 1,452.25 | 27-May-04 |
| COFER, ALVIN LOUIS | | 1505 CLAUDE ST | DALLAS | TX | 75203 | AMERICAN WORKFORCE | 391-34904 | 72.42 | 19-Nov-97 |
| COFER, JOSLIN | | 639 RAWLINS DR. | LANCASTER | TX | 75146 | COFER, JOSLIN | 397-34192 | 207.61 | 20-Mar-02 |
| COFFEE SYSTEM OF TULSA | | 2120 HUTTON ST #100 | CARROLLTON | TX | 75006 | DALLAS OIL & GAS CO | 376-00132 | 17.29 | 25-Jan-88 |
| COFFEE SYSTEM, INC. | | 80 SAND ISLAND ACCESS RD | HONOLULU | HI | 96819 | BRIGHT RED GROUP, INC | 379-00403 | 3.55 | 14-Nov-85 |
| COFFEE SYSTEMS HAWAII | | 303 LEE STREET | RED OAK | TX | 75154 | NAF, INC. | 399-37254 | 0.79 | 7/21/2006 |
| COFFEY, ANGELA | | P.O. BOX 481 | BLOOMING GROVE | TX | 76626 | COFFEY, ANGELA | 300-37456 | 2.86 | 9/12/2006 |
| COFFEY, JONATHAN | DEBRA COFFEY | 1322 NORTH B STREET | ABERDEEN | WA | 98520 | COFFEY, JONATHAN & DEBRA | 387-33751 | 0.01 | 26-May-89 |
| COFFIN, PAUL W | | 2930 S.E. LOOP 820 | FORT WORTH | TX | 76140 | BASIN INC | 382-01496 | 3.70 | 28-Dec-88 |
| COFFMAN BUILDERS, INC | | 10837 Dogwood | LaPorte | TX | 77571 | LISCHKA, STEPHEN & SHEILA | 485-41049 | 0.01 | 28-Nov-88 |
| Coffman Sr., Jimmy L | | | | | | Extended Service Program, Inc. | 391-35705 | 17.15 | 7/12/2006 |